# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
   v.
MARCELINO ARMANDO GUTIERREZ-ANDRADE,
        Defendant.

**APPEARANCE**

Case Number: 08MJ2538

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MARCELINO ARMANDO GUTIERREZ-ANDRADE

I certify that I am admitted to practice in this court.

8/20/2008
Date

/s/ JOSEPH McMULLEN
Signature

Joseph McMullen / Federal Defenders of SD     246757
Print Name        Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City    State    Zip Code

(619) 234-8467     (619) 687-2666
Phone Number     Fax Number

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

| | |
|---|---|
| Dated: August 20, 2008 | _____/s/ Joseph McMullen_____<br>JOSEPH McMULLEN<br>Federal Defenders of San Diego, Inc.<br>225 Broadway, Suite 900<br>San Diego, CA 92101-5030<br>(619) 234-8467 (tel)<br>(619) 687-2666 (fax)<br>e-mail: Joseph_McMullen@fd.org |