UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08MJ 2538 |
| Plaintiff | ) ) | CRIMINAL NO. 08CR 2941 BTM |
| vs. | ) ) ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Gutierrez-Andrade | ) ) | Booking No. |
| Defendant(s) | ) ) | |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jesus Herrera-Arceo

DATED: 9/2/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082